**No. 59669.**—Gillespie & Co. of New York, Inc. *v.* United States, protest 259843–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protest was dismissed for lack of prosecution.

**No. 59670.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 260711–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protest was dismissed for lack of prosecution.

JANUARY 16, 1956

**No. 59671.**—SUIT 4839.—United States *v.* C. M. Gourdon, Inc.—C. D. 1662 affirmed November 4, 1955.   C. A. D. 601.

**No. 59672.**—SUIT 4842.—United States *v.* Antonio Pompeo.—C. D. 1669 affirmed November 4, 1955.   C. A. D. 602.

JANUARY 19, 1956

**No. 59673.**—SUIT 4844.—Hudson Shipping Co., Inc. *v.* United States.—A. R. D. 53 affirmed December 8, 1955.   C. A. D. 604.

BEFORE THE FIRST DIVISION, JANUARY 25, 1956

**No. 59674.**—S. S. Kresge Company et al. *v.* United States, protests 7958–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of animal or human figures, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 56975, the claim of the plaintiffs was sustained.